# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Alexis Rodriguez Ramirez,

Petitioner,

v.

David R Rivas, et al.,

Respondents.

No. CV-26-03507-PHX-SHD (JZB)

**ORDER**

On May 18, 2026, Petitioner filed a Petition for Writ of Habeas Corpus challenging his immigration detention, (Doc. 1). The Court dismissed the Petition with leave to amend. (Doc. 3.) On June 16, 2026, Petitioner filed an Amended Petition. (Doc. 5.) The Court ordered Respondents to show cause as to why the Amended Petition should not be granted. (Doc. 6.) On June 25, 2026, Respondents filed a response stating that the Amended Petition should be denied because Petitioner had failed to show that his detention is unconstitutionally indefinite under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 8.) Petitioner filed a Reply arguing that Petitioner's detention violated his Fifth Amendment rights of Due Process. (Doc. 9.) On October 20, 2026, Respondents amended their response stating:

> The United States believes that Petitioner is now entitled to relief. DHS issued a final order of removal to Petitioner, which he then appealed to the Board of Immigration Appeals (BIA). The BIA dismissed Petitioner'[s] appeal on January 28, 2026, making Petitioner's order of removal administratively final. This gave DHS six months, or until July 28, 2026, to effectuate his removal. Since it has now been more than six

> months since the final order of removal, and because the United States cannot prove a significant likelihood of removal in the reasonably foreseeable future, Petitioner must be released pursuant to *Zadvydas*, 533 U.S. at 689-701.
>
> In light of Petitioner's criminal history, the United States requests that this Court when issuing its order of release permit DHS to impose reasonable conditions of supervision as DHS deems appropriate.

(Doc. 11.)

The Court accepts Respondent's concession as non-opposition to granting Petitioner's amended habeas corpus petition and his request for release from custody. The Court will require Petitioner be released under reasonable conditions of supervision which DHS deems appropriate.

**IT IS THEREFORE ORDERED** Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 5) is **granted** as to Petitioner's request for release from custody.

**IT IS FURTHER ORDERED** Respondents must **immediately** release Petitioner from custody under reasonable conditions of supervision.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Enforce Respondents' Concession and for Order Directing Release from Immigration Custody, (Doc. 12), is deemed moot.

**IT IS FINALLY ORDERED** the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of October, 2026.

Honorable Sharad H. Desai
United States District Judge